```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BACKGRID LONDON LTD.,                     :
                                          :
                    Plaintiff,            :
           -v-                            :   24cv5376 (DLC)
                                          :
AREA STUDIO, LLC,                         :   ORDER
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    This action was filed on July 16, 2024 against defendant Area Studio, LLC. On August 30, the plaintiff filed a certificate of service reflecting that the defendant had been served through CT Corporation on August 29. The defendant's deadline to answer or otherwise respond to the complaint is September 19. Counsel for the defendant has not appeared, and the defendant has not responded to the complaint. On September 14, the plaintiff moved to adjourn the pretrial conference scheduled for September 20. Accordingly, it is hereby

    ORDERED that the plaintiff shall file a letter no longer than two (2) pages by **September 24, 2024** describing its efforts to effect service on the defendant and explaining its basis to believe that service on CT Corporation is effective service on the defendant.

IT IS FURTHER ORDERED that the September 20, 2024 conference is adjourned to **October 18, 2024** at **11:30 a.m.**

Dated:     New York, New York
           September 17, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge