```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BACKGRID LONDON LTD.,                   :
                                        :
                    Plaintiff,          :
            -v-                         :    24cv5376 (DLC)
                                        :
AREA STUDIO, LLC,                       :    ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This action was filed on July 16, 2024 against defendant Area Studio, LLC. The complaint was served on the defendant on August 29, such that the deadline to respond to the complaint was September 19 pursuant to Rule 12(a)(1)(A)(i), Fed. R. Civ. P. On September 17, the plaintiff submitted a letter explaining its efforts to effect service and its basis to believe that it had effectively served the defendant. No response to the complaint has been filed. Accordingly, it is hereby

ORDERED that the conference scheduled for October 18, 2024 is cancelled.

IT IS FURTHER ORDERED that the plaintiff shall file a motion for default judgment against Area Studio, LLC by **October 11, 2024**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order and the motion for default judgment papers on Area Studio,

LLC on or before **October 16, 2024** through service on CT Corporation and on Mr. Denning Rodriguez. The plaintiff shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **November 1, 2024** at **10:30 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of Area Studio, LLC to appear will result in entry of a default or a default judgment.

Dated:  New York, New York
        September 20, 2024

_____
DENISE COTE
United States District Judge