AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 1:24-cv-5376   DATE FILED: 7/17/2024 | U.S. District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |

| PLAINTIFF | DEFENDANT |
|---|---|
| BACKGRID LONDON LTD. | AREA STUDIO, LLC |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2-272-528 | Cindy Bruna spotted at the Martinez Hotel... | Gerome Kochan |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | 10/2/2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| s/Daniel Ortiz, Acting Clerk of Court | s/K.Mango | 10/3/2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Peter E. Perkowski
PERKOWSKI LEGAL, PC
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071
T: (213) 340-5796

Counsel for Plaintiff BACKGRID LONDON LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ----------------------------------- x | : | |
| BACKGRID LONDON LTD., | : | No. 1:24-cv-5376-DLC |
| | : | |
| *Plaintiff*, | : | *Hon. Denise L. Cote* |
| | : | |
| v. | : | **NOTICE OF DISMISSAL** |
| | : | **WITHOUT PREJUDICE** |
| AREA STUDIO, LLC, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |
| ----------------------------------- x | | |

TO THE COURT AND ALL CONCERNED:

      PLEASE TAKE NOTICE that, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff BackGrid London Ltd. hereby voluntarily dismisses the entire action against all parties, without prejudice.

Dated: October 2, 2024                    PERKOWSKI LEGAL, PC

                                              By:   /s/ Peter Perkowski
                                                       Peter E. Perkowski (#1040409)
                                          515 S. Figueroa Street, Suite 1800
                                          Los Angeles, CA 90071
                                          Tel: (213) 340-5796
                                          peter@perkowskilegal.com

                                          *Counsel for Plaintiff BackGrid London Ltd.*